

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 12, 2023

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *United States v. Omar, a/k/a Aramis, Chafei*, 22 Mag. 7294

Dear Judge Davison,

    In light of the presentment of defendant Omar, a/k/a Aramis, Chafei in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

So Ordered 1/13/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928