**M&G**

Myers & Galiardo, LLP   52 Duane Street, 7Fl., New York, NY 10007   212-986-5900   www.citylaw.nyc

Magistrate Judge Paul E. Davidson
The Hon. Charles L. Brieant Jr.
Federal Building and US Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/23

February 9, 2023

<u>US v. Omar Chafei, 22 Mag 7294</u>

Your Honor:

I represent Mr. Omar Chafei in the above referenced matter. My client respectfully requests travel permission for February 15, 2023 from 6am to 10pm. He will be travelling for the purpose of conducting a business meeting in Cincinnati, Ohio. He will be returning to his home in South Bend, Indiana on the same day. As the Court may recall, Mr. Chafei is monitored by an ankle bracelet.

The Pre Trial Officer does not object to the travel request.

Respectfully,

/s/ Matthew D. Myers
Attorney

Government does not object.

**APPLICATION GRANTED**

Hon. Paul E. Davison, U.S.M.J.

2/10/23