

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Magistrate Judge Paul E. Davidson
Federal Building and US Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

June 14, 2023

Re: United States v. Omar Chafei
22 MAG 7294 (PED)

**MEMO ENDORSED**

Your Honor:

I represent Defendant Omar Chafei in the above referenced matter. The defendant is in complete compliance with Pre Trial Services. He asks this Court for permission to travel from his supervision location of South Bend, Indiana to Dulles Airport in Washington, DC to pick up his wife and children. He will then be travelling to Hershey Park, PA from June 17 to June 24 with his family. He will return to South Bend, IN on June 24. His Pre Trial Officer has no objection to this travel request. The Government has no objection.

Thank-you for Your Honor's attention to this matter.

Respectfully,

Matthew D. Myers
Attorney at Law

Cc: AUSA Steven Kochevar

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.

6/15/23

N ⋄ Y ⋄ C