

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-9500 | www.citylaw.nyc

Magistrate Judge ~~Paul E. Davidson~~ *Victoria Reznik*
Federal Building and US Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

July 25, 2023

Re: United States v. Omar Chafei
22 MAG 7294 (PED)

**MEMO ENDORSED**

Your Honor:

I represent Defendant Omar Chafei in the above referenced matter. The defendant is in complete compliance with Pre Trial Services. The defendant requests permission to travel from July 29, 2023 to August 6, 2023 to Orlando, Florida with his wife and children.

The Government takes no position to this application. Pre-Trial Services in Indiana approved of the travel.

Thank-you for Your Honor's attention to this matter.

Respectfully,

Matthew D. Myers
Attorney at Law

Cc: AUSA Steven Kochevar

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/23

N · Y · C