

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Magistrate Judge Reznik  
Federal Building and US Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

August 21, 2023

Re: United States v. Omar Chafei  
22 MAG 7294 (PED)

Your Honor:

I represent Defendant Omar Chafei in the above referenced matter. The defendant is in complete compliance with Pre Trial Services. The defendant requests permission to travel from his residence in South Bend, IN on August 23, 2023 to Harrisburg, PA. He will be staying in Harrisburg, PA from August 23, 2023 thru August 26, 2023. Furthermore, he will be travelling on August 27, 2023 from Harrisburg, PA to Dulles Airport in Washington, DC to drop off his wife and children. On August 28th and 29th he will be back in Harrisburg, PA. He will be travelling back to South Bend, Indiana on August 29, 2023.

The Government takes no position to this application. Pre-Trial Services in Indiana approved of the travel.

Thank-you for Your Honor's attention to this matter.

Respectfully,

Matthew D. Myers  
Attorney at Law

Cc: AUSA Steven Kochevar

**SO ORDERED:**  
Application granted. However, any future requests for permission to travel must include the reason for the travel.

JUDITH C. McCARTHY  
United States Magistrate Judge

8-22-23

N ◊ Y ◊ C