

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Magistrate Judge Reznik                                         August 22, 2023
Federal Building and US Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

<u>Re:  United States v. Omar Chafei</u>
22 MAG 7294 (PED)

Your Honor:

This letter is to clarify the previous request to travel.

The defendant requests permission to travel from his residence in South Bend, IN on August 23, 2023 to Harrisburg, PA.  He will be staying in Harrisburg, PA  from August 23, 2023 thru August 26, 2023.  Furthermore, he will be travelling on August 27, 2023 from Harrisburg, PA to Dulles Airport in Washington, DC to drop off his wife and children.  On August 28th and 29th he will be back in Harrisburg, PA.  He will be travelling  back to South Bend, Indiana on August 29, 2023.

The Government takes no position to this application.  I communicated with Pre-Trial Services in Indiana.  They "take no position" to the request.  I have emailed pre-trial here in New York. Andrew Abbot of SDNY Pre Trial Services emailed my law office and stated he has "no objection" to the request.

Thank-you for Your Honor's attention to this matter.

Respectfully,

*M. Myers*

Matthew D. Myers
Attorney at Law

Cc:  AUSA Steven Kochevar

**SO ORDERED:**
Application granted, However, any future requests for
permission to travel must include the reason for the travel.

*Judith C. McCarthy,*    8-23-23
JUDITH C. McCARTHY
United States Magistrate Judge

N ◇ Y ◇ C